UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Case No. 21-02182 | ) |
| ALICE L. STEEL, | ) |
| Debtor, | ) Bk No. 21-02182 |
| THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, | ) Adv. Pro. No. 21-00060 |
| Plaintiff, | ) |
| v. | ) Chapter 7 |
| ALICE L. STEEL, | ) Honorable Janet S. Baer |
| Defendant. | ) |

## AGREED JUDGMENT ORDER FOR THE NON-DISCHARGEABILITY OF A DEBT

On the agreement of the parties in the above matter, to the entry of an agreed order on the adversary complaint in the above matter;

IT IS HEREBY ORDERED THAT judgment is entered in favor of the plaintiff and against the defendant as follows:

1. Defendant, ALICE L. STEEL is indebted to plaintiff, Illinois Department of Employment Security ("IDES"), in the sum of $4,829.00.

2. This debt is non-dischargeable within the meaning of 11 U.S.C. §523(a)(2)(A).

Approved:

*Alice Steel*
ALICE L. STEEL
Defendant

/S/Joseph C. Michelotti
JOSEPH MICHELOTTI
Attorney for Defendant/Debtor

*Andrew F. Dryjanski*
ANDREW L. DRYJANSKI
Assistant Attorney General
Attorney For Plaintiff IDES

_____
JUDGE JANET S. BAER
United States Bankruptcy Court

ENTER: _____

DATED: _____

## Signature Certificate

Folder Ref: a737dc1def14a499c5076003ac289a4b614e8f52

| | | | | | |
|---|---|---|---|---|---|
| Author: | Joseph Michelotti | Creation Date: | 17 Aug 2021, 10:52:39, PDT | Completion Date: | 17 Aug 2021, 11:24:43, PDT |

### Document Details:

**Name:** IDES v. Alice L Steel 21-ap-00060 Proposed Agreed Order Judge Baer 06-24-2021

**Type:**

**Document Ref:** c41c0776c7bfd8b9dc7f64edfd2520d9a9c81e29422ca0fe5f7f0daad603251d

**Document Total Pages:** 1

### Document Signed By:

**Name:** Alice Steel
**Email:** alice.steel.as@gmail.com
**IP:** 2601:243:f00:6090:99d2:3bc6:9957:2e12
**Location:** CAROL STREAM, IL (US)
**Date:** 17 Aug 2021, 11:24:43, PDT
**Consent:** eSignature Consent Accepted
**Security Level:** Email

*Alice Steel*
Signer ID: X3F0NS2F74...

### Document History:

| | |
|---|---|
| Folder Created | Joseph Michelotti created this folder on 17 Aug 2021, 10:52:39, PDT |
| Invitation Sent | Invitation sent to Alice Steel on 17 Aug 2021, 10:54:43, PDT |
| Invitation Accepted | Invitation accepted by Alice Steel on 17 Aug 2021, 11:24:01, PDT |
| Signed By Alice Steel | Alice Steel signed this folder on 17 Aug 2021, 11:24:43, PDT |
| Executed | Document(s) successfully executed on 17 Aug 2021, 11:24:43, PDT |
| Signed Document(s) | Link Emailed to alice.steel.as@gmail.com |
| Signed Document(s) | Link Emailed to joe@michelottilaw.com |



eSign GENIE